

**ROPES & GRAY**

ROPES & GRAY LLP
PRUDENTIAL TOWER
800 BOYLSTON STREET
BOSTON, MA 02199-3600
WWW.ROPESGRAY.COM



USDC SDNY
DOCUMENT
ELECTRONICALLY FIl
DOC #: _____
DATE FILED: 4/8/13

April 3, 2013

Harvey J. Wolkoff
T +1 617 951 7522
F +1 617 235 0224
harvey.wolkoff@ropesgray.com

**BY FACSIMILE**

The Honorable Alvin K. Hellerstein
United States District Judge
Room 1050
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   **Objection to Voluntary Dismissal of Derivative Action**
*Federal Housing Finance Agency, as Conservator for the Federal Home Loan Mortgage
Corporation, on behalf of the Trustee of the HSI Asset Securitization Corporation Trust,
Series 2006-HEI (HASC 2006-HEI) v. WMC Mortgage, LLC*, No. 13-CV-00458 (S.D.N.Y.)

Dear Judge Hellerstein:

        This is written on behalf of Deutsche Bank National Trust Company (the "Trustee"), as
Trustee for the HSI Asset Securitization Corporation Trust 2006-HE1 (the "Trust"), the party in
whose name the above-referenced derivative action (the "Derivative Action") was filed.  The
Trustee has recently learned that the named plaintiff in the Derivative Action, Federal Housing
Finance Agency ("FHFA"), filed a purported notice of voluntary dismissal on March 20, 2008.  The
Trustee discovered this only after being notified by a beneficiary of a separate trust that FHFA had
filed a purported notice of voluntary dismissal in a related case, *Federal Housing Finance Agency,
on behalf of the Trustee of the Securitized Asset Backed Receivables LLC Trust 2006-WM4 v. WMC
Mortgage, LLC*, No. 13-CV-00584.  The Trustee respectfully requests that the Court not enter an
order dismissing the case at this time.

        The Derivative Action was brought by FHFA on behalf of the Trustee of the Trust.  Under
Federal Rules of Civil Procedure 23.1(c) and 41(a)(2), this Derivative Action may be voluntarily
dismissed only with Court approval after notice to members in a manner ordered by the Court.
Notwithstanding this, FHFA filed a Notice of Voluntary Dismissal on March 20, 2013, *see* Doc.
No. 5, without seeking this Court's approval, and without providing notice to the Trustee or
beneficiaries of the Trust ("Certificateholders").  FHFA purported to do so pursuant to Rule
41(a)(1)(A)(1), although that subsection does not apply to actions subject to Rule 23.1(c).

        Accordingly, the Trustee respectfully requests that the Court not dismiss the Derivative
Action for a period of 60 days.  This period would allow the Trustee and Certificateholders to

34187143_1

ROPES & GRAY LLP

                                        - 2 -                          April 3, 2013

submit objections and be heard with respect to whether voluntary dismissal is in the best interests of the Trust.

                              Respectfully submitted,

                              Harvey J. Wolkoff

cc (by e-mail): David J. Abrams, Esq.
                Barbara Steiner, Esq.

34187143_1

Judge wrote:

"The legal effect of plaintiff's notice of voluntary dismissal will be the subject of a conference with all counsel this Friday, April 12, 2013, 10:45 a.m.  Any submissions may be filed by 4:00 p.m. April 11, 2013, by fax to chambers (212-805-7942).

4/8/13
Alvin K. Hellerstein"


* * * * * * * * * * * * * * * * * * * * * * * * * * * *


Counsel:   Please note that Judge Hellerstein's rule regarding maximum pages of documents to be faxed to our chambers is five pages.